UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| THOMAS I. AMSINGER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:09CV2065 CDP |
| INTERNAL REVENUE SERVICE, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated on the record,

**IT IS HEREBY ORDERED** that plaintiff Thomas Amsinger's motion for a temporary restraining order [#2] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of December, 2009.